## Commonwealth *v.* McKnight, Appellant.

 Argued June 15, 1971. *John W. Packel,* Assistant Defender, with him *Andrea C. Levin,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.